## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Thomas  I. Burkhalter  aka Thomas I
Burkhalter, Sr.

     **Debtor(s)**

BK NO. 20-01386 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION
and index same on the master mailing list.

     Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
02 Nov 2020, 17:02:07, EST

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

Document ID: 1d7669fcd0a067a78d2a3535da3b25953014bd2ac67974d35be7fbf86f894f0b0