IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS I. BURKHALTER, SR.      CHAPTER 13
                        DEBTOR      CASE NO.: 1:20-bk-01386

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

    Kindly enter my appearance on behalf of Debtor Thomas I. Burkhalter, Sr. for the above referenced case.

                                             **By: /s/ Nicholas G. Platt**
                                             Nicholas G. Platt 327239
                                             MOONEY LAW
                                             230 York Street
                                             Hanover, PA 17331
                                             ngp@mooney4law.com
                                             (717) 632-4656 Phone
                                             (717) 632-3612 Fax

Dated: February 11, 2021