UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
THOMAS I BURKHALTER
            DEBTOR

CASE NO. 1:20-bk-01386-HWV
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                          FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:   04/29/2024

OLD NOTICE ADDRESS:         10500 Kincaid Drive, Suite 300
                                       Fishers, IN 46037-9764

NEW NOTICE ADDRESS:        11988 Exit 5 Parkway, Building 4
                                       Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:     10500 Kincaid Drive, Suite 300
                                       Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:    11988 Exit 5 Parkway, Building 4
                                       Fishers, IN 46037-7939

Dated: September 18, 2024

                                               */s/Lorri Beltz*
                                               Lorri Beltz, Vice President, Default
                                               Freedom Mortgage Corporation
                                               11988 Exit 5 Parkway, Building 4
                                               Fishers, IN 46037-7939
                                               Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
THOMAS I BURKHALTER
              DEBTOR

CASE NO. 1:20-bk-01386-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

STEPHEN WADE PARKER
ETZWEILER AND WITHERS LLC
105 N Front St Ste 100
Harrisburg PA 17101-1436
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

THOMAS I BURKHALTER
114 Nottingham Dr
Chambersburg PA 17201-8336
*Debtor*

This 18th Day of September, 2024

        */s/Lorri Beltz*
        Lorri Beltz, Vice President, Default
        Freedom Mortgage Corporation
        11988 Exit 5 Parkway, Building 4
        Fishers, IN 46037-7939
        Telephone: (855) 690-5900